UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RICHARDSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JENNIFER SHAFFER, et al.,<br><br>　　　　　Respondents. | No. 2:17-cv-0984 AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. The court will honor his request. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254. Petitioner requests that his petition be returned to him. Given that the petitioner clearly intended this petition to be filed with the California Court of Appeal for the Third District, the court will direct the Clerk of Court to return the original petition. Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Petitioner's motion to withdraw (ECF No. 3) is granted;

　　　　1.　　This action is dismissed without prejudice;

　　　　2.　　The Clerk of Court shall mail the original copy of the petition to the petitioner.

DATED: June 30, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE